# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

135735

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                       SC: 135735
                                       COA: 279283
                                       Arenac CC: 74-000884-FY

WILLIAM LUTZKE,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

p0721

                                           Clerk